ENTERED ON DOCKET

12/15/99 PURSUANT

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE ANTONIO CUEVAS ANDUJAR, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  Civ. No. 97-2200 (PG) |
| | * |
| CONSORCIO DEL SUROESTE, ET AL., | * |
| | * |
| Defendants | * |
| | * |
| -------------------------------* | |

## J U D G M E N T

The Court having granted Southwest Consortium's motion for
summary judgment, adopted by codefendants the Municipality of Cabo
Rojo and Mr. Santos Padilla Ferrer, as former Mayor of Cabo Rojo, it
is hereby

**ORDERED AND ADJUDGED** that the complaint is **DISMISSED.**

San Juan, Puerto Rico, December *13*, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

40